IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CYRIL K. BOTELHO,<br><br>Plaintiff,<br><br>vs.<br><br>REBECCA SIEGEL WAGNER, DTRIC INSURANCE COMPANY,<br><br>Defendants. | CIV. NO. 21-00388 JMS-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION FOR DISMISSAL WITHOUT PREJUDICE |

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION FOR DISMISSAL WITHOUT PREJUDICE

Amended Findings and Recommendation having been filed and served on all parties on February 25, 2022, ECF NO. 11, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Amended Findings and Recommendation for Dismissal Without Prejudice" are adopted as the opinion and order of this Court.  The Clerk of Court shall close the case file.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, March 18, 2022.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge